FILED
June 24, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003590137

LANCE E. GERMAN, sbn 196599
LAW OFFICES OF ROBERT B. NGUYEN
6540 Stockton Boulevard, Suite 4
Sacramento, CA 95823
Tel. (916) 231-9200  Fax (916)231-9201

Attorney for Chapter 13 Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

IN RE:

Catherine Coleen Fuller,

Debtor.

Case No.: 2011-29881
DCN: LEG-2

NOTICE OF HEARING ON MOTION TO APPROVE DEBTOR'S FIRST AMENDED PLAN

Date:       July 26, 2011
Time:       2:00 p.m.
Judge:      HON. RONALD H. SARGIS
Location:   Court Room No. 33
            Floor No. 6, Dept E
            Robert T. Matsui Courthouse
            501 I Street
            Sacramento, CA 95814

NOTICE OF HEARING ON

MOTION TO APPROVE DEBTOR'S FIRST AMENEDED PLAN

NOTICE IS HEREBY GIVEN that a hearing will be conducted on Debtor's Motion to Approve Debtor's First Amended Plan at 2:00 p.m. on July 26, 2011 at the above named court.

NOTICE IS FURTHER GIVEN that pursuant to Local Rule 9014-1 of the United States District Court for the Eastern District of California, which prescribes the procedures to be followed regarding this notice, that:

1. Opposition, if any, to the granting of the motion shall be in writing and shall be served and filed with the Court by the responding party at least fourteen (14) calendar days preceding the date or continued date of the hearing. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion or may result in the imposition of sanctions.

2. Notice of opposition, if any, shall be mailed to debtor's counsel at the address listed in the caption. It shall also be mailed to the chapter 13 trustee Lawrence J. Loheit at PO Box 1858, Sacramento CA 95812.

Dated: June 20, 2011            LAW OFFICES OF ROBERT B. NGUYEN


                                /s/    Lance E. German
                                LANCE E. GERMAN
                                ATTORNEY FOR DEBTOR